**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JESUS AARON FERREYRA PINA,

Petitioner,

vs.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-02599-GMN-EJY

**ORDER**

Petitioner Jesus Aaron Ferreyra Pina filed a Petition for a writ of habeas corpus, which remains pending. (*See generally* Petition, ECF No. 1).[1] Petitioner, through counsel, now moves to dismiss his Petition without prejudice because Respondents represent that he was released on bond August 27, 2026. (*See generally* Mot. Dismiss, ECF No. 10). Respondents did not file a response to this Motion.

For good cause appearing,

**IT IS HEREBY ORDERED** that the Motion to Dismiss, (ECF No. 10), is **GRANTED** without prejudice.

**IT IS FURTHER ORDERED** that Respondents' Second Motion to Extend Time, (ECF No. 8), is **DENIED** as moot.

The Clerk of Court is kindly directed to close the case.

Dated this 15 day of September, 2026.

Gloria M. Navarro, District Judge
United States District Court

[1] Also pending before the Court is Respondents' Second Motion to Extend Time. (ECF No. 8). Because of this Order's dismissal of the underlying action, this motion is DENIED as moot.